Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

RECEIVED
2019 JAN -3 PM 2:04

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Case No. 4-19-CV-2

*(to be filled in by the Clerk's Office)*

Wonetah Einfeldt

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jury Trial: *(check one)*   ☐ Yes   ☐ No

Dallas County State of Iowa

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name           Wonetah Einfeldt

Address        DesMoines Iowa 50310
               2805 30th Ave apt 35
               _City_          _State_          _Zip Code_

County         Polk

Telephone Number    515 867 4967

E-Mail Address      freedayfoall@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        State of Iowa

Job or Title *(if known)*

Address                     Dallas County Courthouse
                            Adel    Ia
                            _City_          _State_          _Zip Code_

County                      Dallas

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

                            _City_          _State_          _Zip Code_

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Dallas County Towa

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Dec 29, 2018

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

They are violating my 5th Amendment rights by making me undergo pshytriadrict exams and steal my new trial they are using my mental illness diagnosis to get information for the prosecution and to use against me and forcing me to take medical treatments please help your honor

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

yes homelessness incarceration loss of employment physical pain and suffering

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

protect my rights to freedom and the fifth rights against self incrimination protect my HIPAA rights to medical confidentiality

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    January 3, 2019

Signature of Plaintiff

Printed Name of Plaintiff    Wontaek Ginfelat

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

January 4, 2019

Respectfully I appeal to a higher court to review the previous ruling of the Dallas County court to order a mental competency hearing for Wonetah Michelle Einfelot under threat that I will be removed from civilian population after not being convicted of any crime because it was reversed and remanded for different reasons. And be given experimental drugs to effect my mind and violate my fifth amendment rights to remain silent and anything I say can be used against me and the court has already done this on several occasions using my own honest statements to misconstrue take them out of context and prove mental illness. It is unfair then the PSI person did the same thing. No I am not saying anything else I know that that video tape was improperly tagged into evidence because of the chain of custody of evidence yet the state still logged it and

moved it through. I have a sworn deposition by Jeremy Cooper saying he emailed it to various different people and never let the State I mean the police take custody of his phone I tried to get my lawyer to dispute letting it in he didnt I wanted this mentioned in my appeal Vidhya Reddy thank you Mrs. Reddy told me she is not doing an appeal complaining about lawyer betrayal workeng for the prosecution She said she is doing her appeal on what she wanted and starting quoting lawwerly statistical crap and lengthy big words and said post your own appeal you have 15 days after mine but shes going to win I dont know what she said. but ~~I didnt get around to getting my appeal yet and I am~~

Mental illness is not a crime and people are not letting people help the defense by always discounting my opinion. Chuck Sinnead said he wasnt investigating a driveby shooting by his professional informant that he drops charges for she admitted in depositions so he got up walked out and only manipulates behind the scenes. This is a conundrum for him he stated. Crimes against blacks are not investigated the state claims a self defense fistfight after their informant pulled a gun and punched a pregnant Iowan by birth in the head and later did a drive by shooting into my home and was described and all her accomplices and admitted

in your (?) ... I have good in my medical mental file has been used against me to violate my fifth

those were here clothes and her crew this is black and white and latino being under served by law enforcement they shot up an apartment building but a self defense fight was violent yeah okay God gave

me two hands not a nine millimeter. You cant use flight with two kids on foot your only recourse is fight. please help me

I only want justice and liberty and everyone to see the truth ~~also okay.~~

yours truly

~~Sincerely~~ Wonetah

Michelle Karels Einfeldt

Wee Wee

I need a relief from these psychiatric requirements the court is causing me a mental breakdown

Its alarming that the state of Iowa still has to lock up sick people for treatment most states use out patient treatments and mobile vacs I don't want mental health treatment in this state its all experimental and when they incarcerate you in Iowa they stop the meds psch meds cold turkey that can cause death. I dont know what to think when the American Bar Associations reccomendation for judges is ignored and the russians have been studying the American justice system for cracks for decades. The Judge gave me twenty one days January 18, 2019

Wongah Winfeldt
6215 SE 5th
Desmoines Iowa 50315